**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-DETROIT**

In Re:

**Wendy Marie-Marble Szyska,**           Chapter **13**
                                                           Case No.: **19-52458**
               Debtor.                              Judge: **Mark A. Randon**
_____/

## ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,500.00** in fees and **$0.00** in expenses, Debtor's counsel having received **$0.00** and that the portion of such claim which has not already been paid, to-wit: **$3,500.00** shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

X       That the Debtor(s) shall provide a complete copy of their annual federal income tax returns during case pendency on or before June 1 of the filing tax year or if unfiled, provide a copy of the extension to the Trustee.

X       The debtor's plan payment is increased to $1022.35 per month effective 4/1/2020.

X      Creditor's rights to object to the amended plan are preserved until 4/23/2020.

| Approved: | Objections Withdrawn: | Approved: |
|---|---|---|
| /s/ Margaret Conti Schmidt<br>Krispen S. Carroll (P49817)<br>Margaret Conti Schmidt (P42945)<br>Maria Gotsis (P67107)<br>Chapter 13 Standing Trustee<br>719 Griswold St., Ste 1100<br>Detroit, MI 48226<br>(313) 962-5035<br>notice@det13ksc.com | /s/  Cheryl D. Cook<br>Potestivo & Associates, P.C.<br>By: Cheryl D. Cook (P52128)<br>Attorney for Rushmore Loan Management Services<br>251 Diversion Street<br>Rochester, MI 48307<br>Phone: 248-853-4400<br>ccook@potestivolaw.com | /s/ Richard H. Clark<br>Richard H. Clark (P69849)<br>Attorney for Debtor<br>30833 Northwestern Hwy, Suite 224<br>Farmington Hills, MI 48334<br>(248) 626-3723<br>richclark@clarkclarklaw.com |

**Signed on April 14, 2020**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**